UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

*ELECTRONICALLY FILED*

Eastern District of Kentucky
FILED

MAY 27 2011

AT COVINGTON
LESLIE G WHiTMER
CLERK U S DISTRICT COURT

|  |  |
|---|---|
| LUKE A. AND KATHLEEN E. WALKER | )<br>) |
| Plaintiffs, | )<br>) CIVIL ACTION NO.: 2:10-CV-00078<br>) |
| v. | ) Judge David L. Bunning<br>) |
| TOYOTA MOTOR CREDIT CORPORATION | )<br>)<br>) |
| Defendant. | )<br>) |

### AGREED ORDER DISMISSING WITH PREJUDICE

Plaintiffs, Luke A. Walker and Kathleen E. Walker ("Plaintiffs"), and Defendant, Toyota Motor Credit Corporation ("Defendant"), through counsel, having settled all matters in controversy between them, and the Court being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims contained in the Complaint, asserted or assertable, known or unknown, are hereby dismissed as settled, with prejudice, and all claims contained in the Counterclaim, asserted or assertable, known or unknown, are hereby dismissed as settled, with prejudice  This Agreed Order disposes of any and all claims, with prejudice, that Plaintiffs or TMCC asserted or could have asserted in this lawsuit, against one another or any other unnamed party. Each party shall bear their own costs and expenses including, but not limited to, attorneys' fees.

IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain jurisdiction and venue over this matter solely for the purpose of resolving any disputes arising under the Settlement Agreement or the subject matters to which it relates.

May 27, 2011



Signed By:
David L. Bunning
United States District Judge

**SEEN AND AGREED TO BY,**

By: */s/ Charles T. Lester, Jr. (with permission)*
Charles T. Lester, Jr.
Eric C. Deters & Associates, P.S.C.
5247 Madison Pike
Independence, KY 41051-7941

COUNSEL FOR PLAINTIFFS, LUKE A. AND KATHLEEN E. WALKER

By: */s/ James W. Herr*
Eric L. Ison
James W. Herr
Greenebaum Doll & McDonald PLLC
3500 National City Tower
101 S. Fifth Street
Louisville, KY 40202

COUNSEL FOR DEFENDANT, TOYOTA MOTOR CREDIT CORPORATION

#4359091v1_lou_ - tmcc -- walker -- agreed order dismissing with prejudice.doc.doc